Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> *Plaintiff* <br><br> v. <br><br> ALICELIU8888, AMAZING5555, ANER0712, BABY0113, BEAUTYDESIGN, BESTDEALS! CHOOSE US CHOOSE TO WIN!, CFSTORE, CHILDRENFUN2022, DRESSAVE, EFASHIONSHOES, ERICLAN, ESW_HOME2, ETOY, FACTORY DIRECT SALE OF VARIOUS MUGS PLASTIC CUPS166, FUXING6882, HOMELIFE_WHOLESALE, HOT WIND PROFESSIONAL WEDDING & FORMAL OCCASION DRESSES SUPPLIER, KEEPDOWIN002, KEEPINBULK, LITTLE MERMAID, LITTLE_RRAINBOW, MANUFACTURERS SELL VARIOUS TYPES OF CUPS DIRECTLY1688, MISSHOWDRESS, OUORNAMENTS, POPTOY, PRETTY VAPES, PROMOTIONSPACE, SIMPLE DIMPLE, SOYES, SUPER_HUNTER, TOP_SELLER6, TOPCASESELL, TOPKMALL, TOY_SUPERMAN, YIJIANTECH, YISUNTEX2021 and ZHIZIHUA, <br><br> *Defendants* | **22-cv-886 (ALC)** <br><br><br> **UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 3rd day of March, 2022, at 2:15 p.m.
New York, New York

_____
HON. ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE