UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

               Plaintiff,

-against-

ALICELIU5555, et al.,

               Defendants.

22-cv-886 (ALC)

DEFAULT JUDGMENT

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff Foxmind Canada enterprises Ltd. (hereinafter, "Plaintiff") brings this action against Defendants Aliceliu8888, Amazing5555, Aner0712, Baby0113, Beautydesign, Bestdeals! Choose Us Choose To Win!, Cfstore, Childrenfun2022, Dressave, Efashionshoes, Ericlan, Esw_home2, Etoy, Factory Direct Sale Of Various Mugs Plastic Cups166, Fuxing6882, Hot Wind Professional Wedding & Formal Occasion Dresses Supplier, Little Mermaid, Little_rrainbow, Manufacturers Sell Various Types Of Cups Directly1688, Misshowdress, Ouornaments, Poptoy, Pretty Vapes, Promotionspace, Simple Dimple, Soyes, Top_seller6, Topkmall, Yijiantech, Yisuntex2021 and Zhizihua ("Defaulting Defendants"), asserting claims for trademark infringement of Plaintiff's federally registered trademark in violation of § 32 of the Federal Trademark (Lanham) Act, 15 U.S.C. §§ 1051 *et seq*., counterfeiting of Plaintiff's federally registered trademark in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d), false designation of origin, passing off and unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (15 U.S.C. §1125(a)), and related state and common law claims, arising from the infringement of its Pop It Mark.

      On December 20, 2022, the Court issued an Order to Show Cause why an order pursuant to Fed. R. Civ. P. 55 entering default judgment should not issue. (ECF No. 40.) Defaulting

Defendants were advised that failure to respond to the Order to Show Cause would be grounds for granting a default judgment in Plaintiff's favor.   To date, Defaulting Defendant has not responded to the Order to Show Cause or otherwise participated in this action.

Accordingly, having considered the Declaration of Gabriella N. Nastasi dated and filed November 18, 2022, (ECF No. 37), the Memorandum of Law in Support of the Motion for Default Judgment, (ECF No. 38), as well as the Summons and Complaint previously filed in this action, and Affidavit of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defaulting Defendant on all counts in Plaintiff's Complaints as to liability.

**SO ORDERED.**

**Dated: August 25, 2023**
    New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**